## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **ALOFT MEDIA, LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | **Civil Action No. 6:08-cv-509** |
| v. § | |
| § | **JURY TRIAL DEMANDED** |
| **YAHOO!, INC., GOOGLE, INC., and** § | |
| **AOL LLC,** § | |
| § | |
| **Defendants.** | |

## NOTICE OF APPEARANCE

Aloft Media, LLC ("Aloft"), Plaintiff in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

>Kyle J. Nelson
>Texas State Bar No. 24056031
>Stevens Law Firm
>P.O. Box 807
>Longview, Texas  75606
>Telephone:  903-753-6760
>Facsimile:  903-753-6761
>kyle@seslawfirm.com

Respectfully submitted,

_____
Kyle J. Nelson
State Bar No. 24056031
STEVENS LAW FIRM
P.O. Box 807
Longview, Texas  75606
Tel: 903-753-6760
Fax: 903-753-6761
kyle@seslawfirm.com

*Counsel for* Aloft Media, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).   Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 30th day of December, 2008.

_____
Kyle J. Nelson