AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| EASTERN | District of | TEXAS |

ALOFT MEDIA, LLC

**SUMMONS IN A CIVIL ACTION**

V.

YAHOO!, INC., ET AL

CASE NUMBER: 6:08-cv-509

TO: (Name and address of Defendant)

Yahoo!, Inc.
CT Corporation Systems
350 North St. Paul Street
Dallas, Texas 75201



CLERK, U.S. DISTRICT COURT
RECEIVED
JAN 0 5 2009
EASTERN DISTRICT OF TEXAS

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric M. Albritton
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

David Maland                                                  12/30/08
CLERK OF COURT                                                DATE

MLL



AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) Rose West | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):

Cm/rrr 7007 1490 0004 3379 5960

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/31/09       Rose E. West
              Date          Signature of Server

111 W. Tyler St.
Longview, TX 75601
Address of Server

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Yahoo!, Inc.
   CT Corporation Systems
   350 North St. Paul Street
   Dallas, Texas 75201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

(1) As to who
2. Article Number
(Transfer from service label)
7007 1490 0004 3379 5960

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540