# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC, | § |
| Plaintiff, | § |
| vs. | § CASE NO. 6:08CV509 |
| | § PATENT CASE |
| YAHOO! INC., GOOGLE, INC., and AOL LLC, | § |
| Defendants. | § |

## ORDER

The Court **ORDERS** the Plaintiff to file a notice that the case is ready for scheduling conference when all of the Defendants have either answered or filed a motion to transfer or dismiss. The notice shall be filed within five days of the last remaining Defendant's answer or motion. The notice shall include a list of any pending motions to dismiss or transfer.

**So ORDERED and SIGNED this 6th day of January, 2009.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**