

# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

## CASE AND DEADLINE INFORMATION

Civil Action No.: 6:08-cv-509-LED

Name of party requesting extension: AOL, LLC

Is this the first application for extension of time in this case?

☑ Yes
☐ No

If no, please indicate which application this represents:

☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 1/2/09

Number of days requested:

☐ 30 days
☐ 15 days
☑ Other 29 days

New Deadline Date: 2/19/09     *(Required)*

## ATTORNEY FILING APPLICATION INFORMATION

Full Name: Eric H. Findlay

State Bar No.: 00789886

Firm Name: Findlay Craft, LLP

Address: 6760 Old Jacksonville Hwy
       Suite 101
       Tyler, TX 75703

Phone: 903/534-1100

Fax: 903/534-1137

Email: efindlay@findlaycraft.com

A certificate of conference does not need to be filed with this unopposed application.