IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| ALOFT MEDIA, LLC, | § | |
|---|---|---|
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Case No. 6:08-CV-509 (LED) |
| | § | JURY TRIAL DEMANDED |
| | § | |
| YAHOO! INC., GOOGLE, INC., | § | |
| and AOL LLC, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant, AOL LLC, files this Notice of Appearance, and hereby notifies the Court that Brian Craft, of the law firm Findlay Craft LLP, 6760 Old Jacksonville Hwy, Suite 101, Tyler, TX 75703, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: bcraft@findlaycraft.com has entered this action as counsel for Defendant. In connection with this notice, Mr. Craft requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: January 28, 2009

Respectfully submitted,

/s/ Brian Craft
Brian Craft
Findlay Craft LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX 75703
(903) 534-1100
(903) 534-1137 FAX
bcraft@findlaycraft.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2009, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ Brian Craft
Brian Craft