UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>YAHOO! INC., GOOGLE, INC., and AOL LLC,<br><br>        Defendants. | Case No.    6:08-CV-509 (LED)<br><br>**JURY TRIAL DEMANDED** |

## YAHOO! INC.'S NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael A. Jacobs of Morrison & Foerster LLP hereby enters his appearance as counsel for Defendant YAHOO! INC. in this action. Michael A. Jacobs was duly admitted to practice in this Court on July 23, 2008.

Dated: February 19, 2009                                Respectfully submitted,


*/s/ Michael A. Jacobs*


Michael A. Jacobs
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Phone:  (415) 268-7000
Fax:  (415) 268-7522


Attorneys for Defendant
YAHOO! INC.

sf-2645518

## CERTIFICATE OF SERVICE

The undersigned certifies that, on February 19, 2009, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                       */s/ Michael A. Jacobs*
                                          Michael A. Jacobs

sf-2645518