IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>YAHOO!, INC., GOOGLE, INC., and AOL LLC,<br><br>    Defendants. | Civil Action No. 6:08-cv-509<br><br>JURY TRIAL DEMANDED |

## AOL LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant AOL LLC certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or which own ten percent or more of the stock of said party:

AOL LLC is a wholly owned subsidiary of AOL Holdings LLC, which is a majority owned subsidiary of TW AOL Holdings Inc., a wholly owned subsidiary of Time Warner Inc.

Date: February 19, 2009

Respectfully Submitted,

/s/ Eric H. Findlay
Eric H. Findlay
State Bar No. 00789886
Findlay Craft, LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, Texas 75703
Phone: (903) 534-1100
Fax: (903) 534-1137
efindlay@findlaycraft.com

Of Counsel:

Gerald F. Ivey
FINNEGAN HENDERSON FARABOW GARRETT
  & DUNNER, LLP
901 New York Ave., NW
Washington, DC 20001
Phone: (202) 408-4000
Fax: (202) 408-4400

Robert L. Burns
Beth Z. Shaw
FINNEGAN HENDERSON FARABOW GARRETT
  & DUNNER, LLP
Two Freedom Square
11955 Freedom Dr.
Reston, Virginia 20190
Phone: (571) 203-2700
Fax: (202) 408-4400

Cortney S. Alexander
FINNEGAN HENDERSON FARABOW GARRETT
  & DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308
Phone: (404) 653-6400
Fax: (404) 653-6444

**ATTORNEYS FOR DEFENDANT AOL LLC**

### Certificate of Service

I hereby certify that on February 19, 2009, true and correct copies of the foregoing was served upon all parties via electronic mail.

/s/ Eric H. Findlay
Eric H. Findlay