IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>YAHOO! INC., GOOGLE, INC., and AOL LLC,<br><br>                Defendants. | Case No. 6:08-CV-509 (LED)<br><br>**JURY TRIAL DEMANDED** |

## **DEFENDANT YAHOO! INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant and Counterclaim Plaintiff Yahoo! Inc. states that it has no parent corporation and that no publicly held company owns 10% or more of Yahoo! Inc.'s stock.

Dated: February 20, 2009

Respectfully submitted,

/s/ Michael Jacobs (by permission Otis Carroll)
Michael A. Jacobs (mjacobs@mofo.com)
Lead Attorney
Brooks Beard (bbeard@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Tel: (415) 268-7000
Fax: (415) 268-7522

Otis Carroll
State Bar No. 03895700
Deborah Race
State Bar No. 16448700
Ireland, Carroll & Kelley, PC
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
fedserv@icklaw.com

Attorneys for YAHOO! INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 20, 2009. Any other counsel of record will be served by facsimile transmission and first class mail.

/s/ Otis Carroll