IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **ALOFT MEDIA, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 6:08-cv-509 |
| v. | § | |
| | § | |
| **YAHOO!, INC., GOOGLE, INC., and AOL LLC,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| | § | |
| Defendants. | § | |
| | § | |

## REPLY TO COUNTERCLAIMS OF AOL LLC

Plaintiff Aloft Media, LLC ("Aloft") responds to each of the numbered paragraphs of the counterclaims of AOL LLC ("AOL"), as set forth in its Answer and Counterclaims ("Answer and Counterclaims"), as follows:

### Parties

1. Admitted.

2. Aloft admits that it is a Texas limited liability company with its principal place of business at 211 W. Tyler Street, Suite C-1, Longview, Texas 75601. Aloft denies the remaining allegations in paragraph 2.

### Jurisdiction and Venue

3. Aloft admits that this Court has subject matter jurisdiction. Aloft further admits that an actual and justiciable controversy exists but denies that AOL's counterclaims have any merit whatsoever. Aloft denies the remaining allegations of paragraph 3.

4. Aloft admits that this Court has personal jurisdiction. Otherwise, denied.

5. Aloft admits that venue is proper in this judicial district. Otherwise, denied.

## Counterclaim Count I

6. Aloft admits that AOL purports to incorporate by reference the averments contained in the preceding paragraphs of its Answer and Counterclaims. Unless specifically admitted herein, the allegations contained in those paragraphs are denied.

7. Aloft admits that AOL seeks a declaratory judgment of non-infringement of the '351 patent but denies that AOL's contention of non-infringement has any merit whatsoever. Otherwise, denied.

## Counterclaim Count II

8. Aloft admits that AOL purports to incorporate by reference the averments contained in the preceding paragraphs of its Answer and Counterclaims. Unless specifically admitted herein, the allegations contained in those paragraphs are denied.

9. Aloft admits that AOL seeks a declaratory judgment of invalidity of the '351 patent but denies that AOL's contention of invalidity has any merit whatsoever. Otherwise, denied.

Aloft denies that AOL is entitled to any relief, and specifically denies all the allegations and prayers for relief contained in paragraphs A-F of AOL's Answer and Counterclaims.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Aloft respectfully requests that this Court enter judgment denying and dismissing AOL's counterclaims, and that the Court enter judgment in favor of Aloft as requested in Aloft's complaint, as amended or supplemented.

## DEMAND FOR JURY TRIAL

Aloft, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

Respectfully submitted,

_/s/ Chris Cravey_____
Eric M. Albritton
Texas Bar No. 00790215
Craig Tadlock
Texas Bar No. 00791766
Adam A. Briggs
Texas Bar No. 24051753
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397
ema@emafirm.com
cct@emafirm.com
aab@emafrim.com

Thomas John Ward, Jr.
Texas Bar No. 00794818
WARD & SMITH LAW FIRM
P O Box 1231
Longview, TX 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
jw@jwfirm.com

Danny L. Williams
Texas State Bar No. 21518050
Matthew R. Rodgers
Texas Bar No. 24041802
Chris Cravey
Texas State Bar No. 24034398
WILLIAMS, MORGAN &
AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713)934-4060
Facsimile: (713) 934-7011
danny@wmalaw.com
mrodgers@wmalaw.com
ccravey@wmalaw.com

Scott E. Stevens
State Bar No. 00792024
Kyle J. Nelson
State Bar No. 24056031
STEVENS LAW FIRM
P.O. Box 807
Longview, Texas 75606
Tel: 903-753-6760
Fax: 903-753-6761
scott@seslawfirm.com
kjn@seslawfirm.com

**ATTORNEYS FOR PLAINTIFF
ALOFT MEDIA, LLC**

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 16th day of March, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile and or U.S. Mail on this same date.

                                                                   /s/ Riny Pieternelle
                                                                   Riny Pieternelle