# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 6:08-cv-509 |
| v. | § | |
| | § | |
| YAHOO!, INC., GOOGLE, INC. and | § | JURY TRIAL DEMANDED |
| AOL LLC | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Aloft Media LLC and AOL LLC jointly move to dismiss all claims between them in this action with prejudice pursuant to the Agreement reached by the parties. AOL LLC shall retain its ability to assert all defenses and/or claims in the event of any further litigation. Each party is to bear its own costs and attorney fees.

    Respectfully submitted,

*/s/ Eric M. Albritton*
Eric M. Albritton
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
ema@emafirm.com

COUNSEL FOR PLAINTIFF

AOL LLC

By their attorneys

/s/ Eric H. Findlay (with permission)
Eric H. Findlay
FINDLAY CRAFT
6760 Old Jacksonville Hwy
Ste 101
Tyler, TX 75703
Phone: (903) 534-1100
Fax: (903) 534-1137
efindlay@findlaycraft.com

Robert L. Burns
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Dr.
Reston, VA 20190
Phone: (571)-203-2700
Fax: (202) 408-4400

Gerald F. Ivey
C. Brandon Rash
John Williamson
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP
901 New York Ave., NW
Washington, DC 20001
Phone: (202) 408-4000
Fax: (202) 408-4400

*Attorneys for Defendant*
AOL LLC

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 3rd day of April, 2009.

_____
Eric M. Albritton