# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **ALOFT MEDIA, LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | **Civil Action No. 6:08-cv-509** |
| v. § | |
| § | **JURY TRIAL DEMANDED** |
| **YAHOO!, INC., GOOGLE, INC., and** § | |
| **AOL LLC,** § | |
| § | |
| **Defendants.** | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney Michael A. Benefield, enters his appearance in this matter for Plaintiff Aloft Media, LLC for the purpose of receiving notices and orders from the Court.

Respectfully submitted,

DATED: April 3, 2009           By: /s/Michael A. Benefield
                              Michael A. Benefield
                              Indiana State Bar No. 24560-49
                              **Williams, Morgan & Amerson, P.C.**
                              10333 Richmond, Suite 1100
                              Houston, Texas 77042
                              Telephone: (713)934-7000
                              Facsimile: (713) 934-7011
                              E-mail: mbenefield@wmalaw.com

## CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served on April 3, 2009, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

\s\Riny Pieternelle