# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC, § §   Plaintiff, § § v. § § YAHOO!, INC., GOOGLE, INC. and § AOL LLC § §   Defendant. § | Civil Action No. 6:08-cv-509 <br><br> JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL

The Court grants the joint motion to dismiss filed by Aloft Media, LLC ("Aloft Media") and AOL LLC ("AOL"). All claims between Aloft Media and AOL in the instant action are hereby dismissed with prejudice in accordance with the terms of the Agreement. AOL shall retain its ability to assert all defenses and/or claims in the event of any further litigation. Each party is to bear its own costs and attorney fees.

**So ORDERED and SIGNED this 6th day of April, 2009.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**