IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ALOFT MEDIA, LLC

6:08cv509

vs

YAHOO! INC, ET AL

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to **JOHN D. LOVE**

United States Magistrate Judge, for all further proceedings and entry of judgment in

accordance with Title 28, U.S.C. 636(c) and the consent of the parties.

**So ORDERED and SIGNED this 8th day of April, 2009.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**