**APRIL 6, 2009 STATUS CONFERENCE**

1:45 pm – Judge Davis called each case and parties announced ready for proceedings.  (See attached Sign-in Sheet for Attorney Appearances).

Court re-called each case and parties announced whether they consented to Magistrate Judge John Love.

Court in recess.

Hearing resumed.  Judge Love gave parties their prospective Markman Hearing Dates and Jury Selection Dates as indicated below.

| Case # | Case Name | LED Markman | JDL Markman | LED Trial | JDL Trial |
|---|---|---|---|---|---|
| 608cv265 **CONSENT** | Saxon Innovations, LLC v Apple, Inc., et al | | 1.28.2010 | | 9.7.2010 |
| 608cv353 | Retractable Technologies, Inc. v Safety Medical Int'l | 4.8.2010 | | 12.6.2010 | |
| 608cv385 | EON Corp. IP Holdings v Skytel Corporation, et al | | 2.11.2010 | 10.4.2010 | |
| 608cv420 | Mega Lift Systems, LLC v MGM Well Services, Inc. | 4.29.2010 | | 12.6.2010 | |
| 608cv467 | Centre One v Vonage Holdings, et al | 5.6.2010 | | 12.6.2010 | |
| 608cv479 | Document Generation v Allscripts, LLC, et al | | 2.18.2010 | 10.4.2010 | |
| 608cv480 | Dr. Raul Chirife v St. Jude Medical, et al | 5.13.2010 | | 12.6.2010 | |
| 608cv509 **CONSENT** | Aloft Media LLC v Yahoo!, et al | | 2.25.2010 | | 9.7.2010 |

2:25 PM  There being nothing further, Court adjourned.