IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC | § | |
| | § | |
| v. | § | CASE NO. 6:08cv509 |
| | § | |
| YAHOO!, INC., ET AL. | § | |

## ORDER

Comes now the Court and pursuant to the status conference held on April 6, 2009, orders that the following dates be incorporated into the Docket Control Order which is due by April 22, 2009:

| | |
|---|---|
| *Markman* | February 25, 2010 at 9:00 a..m.; |
| Pre-Trial Conference | August 19, 2010 at 1:30 p.m.; |
| Jury Selection | September 7, 2010 at 9:00 a..m.; and |
| Jury Trial | September 13, 2010 at 9:00 a.m. |

**So ORDERED and SIGNED this 8th day of April, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE