#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF TEXAS
#### TYLER DIVISION

| | |
|---|---|
| **ALOFT MEDIA, LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | Civil Action No. 6:08-cv-509 |
| v. § | |
| § | |
| **YAHOO!, INC., et al.,** § | **JURY TRIAL DEMANDED** |
| § | |
| **Defendants.** § | |

### PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME
### TO COMPLY WITH LOCAL P.R. 3-1 AND 3-2

Plaintiff Aloft Media, LLC ("Plaintiff") files this Unopposed Motion to Extend Time for Plaintiff to serve its disclosures under Local P.R. 3-1 and 3-2, and would show unto the Court the following:

Plaintiff has conferred with Defendants, who have agreed that the deadline for Plaintiff to serve its disclosures under Local P.R. 3-1 and 3-2 shall be extended from the current deadline of April 10, 2009. A date certain for such disclosures will be negotiated and presented to the Court for approval as part of the Docket Control Order, which is presently due to be submitted to the Court on or before April 20. 2009.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff, Aloft Media, LLC, respectfully requests the Court to grant the extension as set forth herein above.

Respectfully submitted,

_____
Eric M. Albritton
Texas State Bar No. 00790215
Craig Tadlock
Texas State Bar No. 00791766
Adam A. Biggs
Texas State Bar No. 24051753
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
ema@emafirm.com
cct@emafirm.com
aab@emafirm.com

T. John Ward, Jr.
Texas Bar No. 00794818
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, TX 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
jw@jwfirm.com

Danny L. Williams
Texas State Bar No. 21518050
Chris Cravey
Texas State Bar No. 24034398
WILLIAMS, MORGAN &
AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713)934-4060
Facsimile: (713) 934-7011
danny@wmalaw.com
cravey@wmalaw.com

Scott E. Stevens
State Bar No. 00792024
Kyle J. Nelson
State Bar No. 24056031
STEVENS LAW FIRM
P.O. Box 807
Longview, Texas 75606
Tel: 903-753-6760
Fax: 903-753-6761
scott@seslawfirm.com
kyle@seslawfirm.com

Jason A. Holt
Texas State Bar No. 24041122
Matthew M. Hill
Texas State Bar No. 24041101
HILL & HOLT, P.L.L.C.
P.O. Box 6945
Longview, TX 75608
(903) 230-7914 (phone)
(903) 269-1381 (fax)
jholt@hillandholt.com
mhill@hillandholt.com

*ATTORNEYS FOR PLAINTIFF*
*ALOFT MEDIA, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel, who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 9th day of April, 2009.

_____
Craig Tadlock