# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **ALOFT MEDIA, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 6:08-cv-509 |
| v. | § | |
| | § | |
| **YAHOO!, INC., et al.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff Aloft Media LLC's Unopposed Motion to Extend Time to serve its disclosures under Local P.R. 3-1 and 3-2 shall be, and is hereby GRANTED. It is ORDERED that Plaintiff's disclosures under Local P.R. 3-1 and 3-2 shall not be due on April 10, 2009, and that the parties shall submit a proposed deadline for such disclosures as part of the Docket Control Order, which is presently due to be submitted to the Court on or before April 20, 2009.

**So ORDERED and SIGNED this 13th day of April, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE