**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **ALOFT MEDIA, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No. 6:08-cv-509** |
| v. | § | |
| | § | |
| **YAHOO!, INC., et al.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendants.** | § | |

### PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME
### TO RESPOND TO DEFENDANTS' MOTION TO TRANSFER
### PURSUANT TO 28 U.S.C. § 1404(a)

Plaintiff Aloft Media, LLC ("Plaintiff") files this Unopposed Motion to Extend Time for Plaintiff to Respond to Defendants' Motion to Transfer Pursuant to 28 U.S.C. § 1404(a), and would show unto the Court the following:

Plaintiff has conferred with Defendants, who have agreed that the deadline for Plaintiff to respond to Defendants' Motion shall be extended from the current deadline of April 22, 2009 up to and including the new deadline of May 1, 2009. WHEREFORE, PREMISES CONSIDERED, the Plaintiff, Aloft Media, LLC, respectfully requests the Court to grant the extension as set forth herein above.

Respectfully submitted,

*[signature]*

Eric M. Albritton
Texas State Bar No. 00790215
Craig Tadlock
Texas State Bar No. 00791766
Adam A. Biggs
Texas State Bar No. 24051753
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
ema@emafirm.com
cct@emafirm.com
aab@emafirm.com

T. John Ward, Jr.
Texas Bar No. 00794818
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, TX 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
jw@jwfirm.com

Danny L. Williams
Texas State Bar No. 21518050
Chris Cravey
Texas State Bar No. 24034398
Matthew R. Rodgers
TX State Bar No. 24041802
WILLIAMS, MORGAN &
AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713)934-4060
Facsimile: (713) 934-7011
danny@wmalaw.com
cravey@wmalaw.com
mrodgers@wmalaw.com

Scott E. Stevens<br>
State Bar No. 00792024<br>
Kyle J. Nelson<br>
State Bar No. 24056031<br>
STEVENS LAW FIRM<br>
P.O. Box 807<br>
Longview, Texas 75606<br>
Tel: 903-753-6760<br>
Fax: 903-753-6761<br>
scott@seslawfirm.com<br>
kyle@seslawfirm.com<br>
<br>
Jason A. Holt<br>
Texas State Bar No. 24041122<br>
Matthew M. Hill<br>
Texas State Bar No. 24041101<br>
HILL & HOLT, P.L.L.C.<br>
P.O. Box 6945<br>
Longview, TX 75608<br>
(903) 230-7914 (phone)<br>
(903) 269-1381 (fax)<br>
jholt@hillandholt.com<br>
mhill@hillandholt.com<br>
<br>
*ATTORNEYS FOR PLAINTIFF*<br>
*ALOFT MEDIA, LLC*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel, who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 20th day of April, 2009.

_____<br>
Craig Tadlock