IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 6:08-cv-509 |
| v. | § § | |
| YAHOO!, INC., et al., | § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## ORDER

Plaintiff Aloft Media LLC's Unopposed Motion to Extend Time to Respond to Defendants' Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) is hereby **GRANTED**. It is ORDERED that Plaintiff's response shall be due on May 1, 2009.

**So ORDERED and SIGNED this 22nd day of April, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE