Aloft Media, LLC v. Yahoo! Inc. et al                                                                                          Doc. 52

Case 6:08-cv-00509-JDL   Document 50-2   Filed 05/01/2009   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 6:08-cv-509 |
| v. § | |
| § | |
| YAHOO!, INC., et al., § | JURY TRIAL DEMANDED |
| § | |
| Defendants. § | |

### ORDER GRANTING JOINT MOTION TO EXTEND TIME TO SUBMIT PROPOSED DOCKET CONTROL ORDER AND DISCOVERY ORDER

Plaintiff ALOFT MEDIA, LLC ("Plaintiff") and Defendants YAHOO! INC. and GOOGLE, INC. (hereinafter collectively referred to as "Defendants") filed their Joint Motion to Extend Time to Submit Proposed Docket Control and Discovery Orders. The Court, after review of the subject Motion and upon due consideration, it is hereby ORDERED that said Motion shall be in all things granted; and it is

FURTHER ORDERED that the deadline for Plaintiff and Defendants to file their proposed Docket Control Order and Discovery Order shall be extended to and including May 8, 2009.

**So ORDERED and SIGNED this 8th day of May, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE