## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **ALOFT MEDIA, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | Civil Action No. 6:08-cv-509 |
| v. | § | |
| | § | |
| **YAHOO!, INC., et al.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendants.** | § | |

### MOTION FOR ENTRY OF AGREED DOCKET CONTROL ORDER
### AND AGREED DISCOVERY ORDER

Plaintiff Aloft Media, LLC and Defendants Google, Inc. and Yahoo! Inc. (collectively, "the parties"), respectfully file this Motion for Entry of Agreed of Docket Control Order and Agreed Discovery Order, and in support thereof would respectfully submit the following:

The parties have reached an agreement as to the proposed Docket Control Order and Discovery Order and respectfully request that the Court enter the attached proposed Orders.

Respectfully submitted,

| | |
|---|---|
| **/s/ Craig Tadlock**<br>Eric M. Albritton<br>Texas State Bar No. 00790215<br>Craig Tadlock<br>Texas State Bar No. 00791766<br>Adam A. Biggs<br>Texas State Bar No. 24051753<br>ALBRITTON LAW FIRM<br>P.O. Box 2649<br>Longview, Texas 75606<br>(903) 757-8449 (phone)<br>(903) 758-7397 (fax)<br>ema@emafirm.com<br>cct@emafirm.com<br>aab@emafirm.com | Scott E. Stevens<br>State Bar No. 00792024<br>Kyle J. Nelson<br>State Bar No. 24056031<br>STEVENS LAW FIRM<br>P.O. Box 807<br>Longview, Texas 75606<br>Tel: 903-753-6760<br>Fax: 903-753-6761<br>scott@seslawfirm.com<br>kyle@seslawfirm.com |
| T. John Ward, Jr.<br>Texas Bar No. 00794818<br>WARD & SMITH LAW FIRM<br>P.O. Box 1231<br>Longview, TX 75606-1231<br>Telephone: (903) 757-6400<br>Facsimile: (903) 757-2323<br>jw@jwfirm.com | Danny L. Williams<br>Texas State Bar No. 21518050<br>Chris Cravey<br>Texas State Bar No. 24034398<br>Matthew R. Rodgers<br>WILLIAMS, MORGAN &<br>AMERSON, P.C.<br>10333 Richmond, Suite 1100<br>Houston, Texas 77042<br>Telephone: (713) 934-4060<br>Facsimile: (713) 934-7011<br>danny@wmalaw.com<br>cravey@wmalaw.com<br>mrodgers@wmalaw.com |
| Jason A. Holt<br>Texas State Bar No. 24041122<br>Matthew M. Hill<br>Texas State Bar No. 24041101<br>HILL & HOLT, P.L.L.C.<br>P.O. Box 6945<br>Longview, TX 75608<br>(903) 230-7914 (phone)<br>(903) 269-1381 (fax)<br>jholt@hillandholt.com<br>mhill@hillandholt.com | ***ATTORNEYS FOR PLAINTIFF<br>ALOFT MEDIA, LLC*** |

| | |
|---|---|
| /s/ Brooks M. Beard<br>Michael A. Jacobs (mjacobs@mofo.com)<br>Lead Attorney<br>Brooks Beard (bbeard@mofo.com)<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105<br>Tel: (415) 268-7000<br>Fax: (415) 268-7522<br><br>*ATTORNEYS FOR YAHOO! INC.* | /s/ Scott T. Weingaertner<br>Robert F. Perry<br>rperry@kslaw.com<br>Scott T. Weingaertner<br>sweingaertner@kslaw.com<br>Christopher C. Carnaval<br>ccarnaval@kslaw.com<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036-4003<br>Telephone: (212) 556-2100<br>Facsimile: (212) 556-2222<br><br>*ATTORNEYS FOR DEFENDANT GOOGLE, INC.* |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 8th day of May, 2009.

_____
Craig Tadlock