IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Aloft Media, LLC | § | |
| | § | |
| v. | § | Civil Action No. 6:08-cv-509 |
| | § | |
| Yahoo! Inc., Google, Inc., and AOL LLC | § | JURY TRIAL DEMANDED |

### UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW, Defendants GOOGLE INC. and YAHOO! INC. (hereinafter collectively referred to as "Defendants") to file this their Unopposed Joint Motion for Extension of Time to File Reply Brief in Support of Defendants' Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) , and for their Motion would respectfully show to the Court the following:

Defendants' current deadline to file their reply brief is May 11, 2009. Defendants respectfully request an extension to file their reply brief, up to and including May 12, 2009. Plaintiff is unopposed to this extension.

WHEREFORE, ABOVE PREMISES CONSIDERED, Defendants Google Inc. and Yahoo! Inc. respectfully request that their Motion be granted, and that the deadline to file their reply brief to Defendants' Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) be extended from May 11, 2009, to and including May 12, 2009.

| | |
|---|---|
| Dated: May 11, 2009 | Respectfully submitted, |

By:/s/ *Allen F. Gardner*
Michael E. Jones
State Bar No. 10929400
Allen F. Gardner
State Bar No. 24043679
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P.O. Box 359
Tyler, Texas 75710
(903) 597-8311
(903) 593-0846 (Facsimile)
mikejones@potterminton.com
allengardner@potterminton.com

Scott Weingaertner
sweingaertner@kslaw.com
Robert Perry
rperry@kslaw.com
Christopher C. Carnaval
ccarnaval@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Tel: 212-556-2100
Fax: 212-556-2222

ATTORNEYS FOR DEFENDANT
GOOGLE INC.

*/s/ Brooks Beard, with permission by
Allen F. Gardner*
Michael Jacobs
mjacobs@mofo.com
Brooks Beard
bbeard@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel: 415-268-7339
Fax: 415-268-7522

Otis Carroll
SBN: 03895700

Deborah Race
SBN: 16448700
IRELAND, CARROLL & KELLEY, PC
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: 903-561-1600
Fax: 903-581-1071
fedserv@icklaw.com

ATTORNEYS FOR DEFENDANT
YAHOO! INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 11, 2009. Any other counsel of record will be served by U.S. first class mail on this same date.

*/s/ Allen F. Gardner*
Allen F. Gardner