# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ALOFT MEDIA, LLC,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 6:08-CV-509** |
| | § | |
| **YAHOO!, INC., et al.** | § | |

## ORDER

The Court **ORDERS** the parties to submit by **Tuesday, May 26, 2009**, the name, address, and phone number of a mediator.

**So ORDERED and SIGNED this 11th day of May, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE