Aloft Media, LLC v. Yahoo! Inc. et al                                                                                                    Doc. 59

Case 6:08-cv-00509-JDL   Document 54-2   Filed 05/11/2009   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Aloft Media, LLC | § | |
| | § | |
| v. | § | Civil Action No. 6:08-cv-509 |
| | § | |
| Yahoo! Inc., Google, Inc., and AOL LLC | § | JURY TRIAL DEMANDED |

**ORDER GRANTING UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER
PURSUANT TO 28 U.S.C. § 1404(a)**

Defendants GOOGLE INC. and YAHOO! INC. filed their Unopposed Joint Motion for Extension of Time to File Reply Brief in Support of Defendants' Motion to Transfer Pursuant to 28 U.S.C. § 1404(a). The Court, after review of the subject Motion and upon due consideration, it is hereby ORDERED that said Motion shall be in all things granted; and it is

FURTHER ORDERED that the deadline for Defendants GOOGLE INC. and YAHOO! INC.to file their Reply Brief in Support of Defendants' Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) shall be extended to and including May 12, 2009.

**So ORDERED and SIGNED this 15th day of May, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE