# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ALOFT MEDIA, LLC** | § | |
| | § | **CIVIL CASE NO. 6:08-CV-509 LED** |
| **VS.** | § | |
| | § | |
| **YAHOO! INC., ET AL** | § | **JURY TRIAL DEMANDED** |

## JOINT MOTION TO EXTEND TIME
## TO SUBMIT MEDIATOR

Plaintiff ALOFT MEDIA, LLC and Defendants YAHOO! INC. and GOOGLE INC. (hereinafter collectively referred to as "Defendants") file this Joint Motion to Extend Time to Submit Mediator and for their Motion would respectfully show the Court the following:

Pursuant to the Court's order dated May 11, 2009, the current deadline to submit the name, address and phone number of a mediator is May 26, 2009. The parties respectfully request an extension of time up to and including June 5, 2009.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants respectfully request the Court to grant the extension as set forth above.

An order reflecting the relief requested is attached for the Court's convenience.

Date:   May 26, 2009                                  Respectfully submitted,

| | |
|---|---|
| **/s/ Eric Albritton**<br>Eric M. Albritton<br>Texas State Bar No. 00790215<br>Craig Tadlock<br>Texas State Bar No. 00791766<br>Adam A. Biggs<br>Texas State Bar No. 24051753<br>ABRITTON LAW FIRM<br>P. O. Box 2649<br>Longview, Texas 75606<br>Tel: (903) 757-8449<br>Fax: (903) 758-7397<br>ema@emafirm.com<br>cct@emafirm.com<br>aab@emafirm.com | Scott E. Stevens<br>State Bar No. 00792024<br>Kyle J. Nelson<br>State Bar No. 24056031<br>STEVENS LAW FIRM<br>P. O. Box 807<br>Longview, Texas 75606<br>Tel: (903) 753-6760<br>Fax: (903) 753-6761<br>scott@seslawfirm.com<br>kyle@seslawfirm.com |
| T. John Ward, Jr.<br>Texas Bar No. 00794818<br>WARD & SMITH LAW FIRM<br>P. O. Box 1231<br>Longview, TX 75606-1231<br>Tel: (903) 757-6400<br>Fax: (903) 757-2323<br>jw@jwfirm.com | Danny L. Williams<br>Texas State Bar No. 21418050<br>Chris Cravey<br>Texas State Bar No. 24034398<br>Matthew R. Rodgers<br>Texas State Bar No. 24041802<br>WILLIAMS, MORGAN & AMERSON<br>10333 Richmond, Suite 1100<br>Houston, Texas 77042<br>Tel: (713) 934-4060<br>Fax: (713) 934-7011<br>danny@wmalaw.com<br>cravey@wmalaw.com<br>mrodgers@wmalaw.com |

| | |
|---|---|
| Jason A. Holt<br>Texas State Bar No. 24041122<br>Matthew M. Hill<br>Texas State Bar No. 24041101<br>HILL & HOLT, P.L.L.C.<br>P. O. Box 6945<br>Longview, Texas 75608<br>Tel: (903) 230-7914<br>Fax: (903) 269-1381<br>jholt@hillandholt.com<br>mhill@hillandholt.com | **_ATTORNEYS FOR PLAINTIFF_**<br>**_ALOFT MEDIA, LLC_** |
| **/s/ Brooks M. Beard**<br>Michael A. Jacobs (mjacobs@mofo.com)<br>Lead Attorney<br>Brooks Beard (bbeard@mofo.com)<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105<br>Tel: (415) 268-7000<br>Fax: (415) 268-7522<br><br>Otis Carroll<br>Texas Bar No. 03895700<br>Deborah Race<br>Texas Bar No. 16448700<br>IRELAND, CARROLL & KELLEY, P.C.<br>6101 S. Broadway, Suite 500<br>Tyler, Texas 75703<br>Tel: (903) 561-1600<br>Fax: (903) 581-1071<br>Fedserv@icklaw.com<br><br>**_ATTORNEYS FOR YAHOO! INC._** | **/s/ Scott T. Weingaertner**<br>Scott T. Weingaertner<br>sweingaertner@kslaw.com<br>Robert F. Perry<br>rperry@kslaw.com<br>Christopher C. Carnaval<br>ccarnaval@kslaw.com<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036-4003<br>Tel: (212) 556-2100<br>Fax: (212) 556-2222<br><br>**_ATTORNEYS FOR GOOGLE INC._** |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 26th day of May, 2009.

**/s/ Otis Carroll**