Aloft Media, LLC v. Yahoo! Inc. et al													Doc. 62

Case 6:08-cv-00509-JDL   Document 61-2   Filed 05/26/2009   Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **ALOFT MEDIA, LLC** | § | |
| | § | |
| **VS.** | § | **CIVIL CASE NO. 6:08-CV-509-LED** |
| | § | |
| **YAHOO! INC, ET AL** | § | **JURY TRIAL DEMANDED** |

### ORDER GRANTING JOINT MOTION TO EXTEND
### TIME TO SUBMIT MEDIATOR

Plaintiff ALOFT MEDICA, LLC and Defendants YAHOO! INC. and GOOGLE INC. (hereinafter collectively referred to as "Defendants") filed their Joint Motion to Extend Time to Submit Mediator. The Court, after review of the subject Motion and upon due consideration finds that the Motion is well taken and should be granted. It is hereby ORDERED that said Motion shall be in all things granted.

It is FURTHER ORDERED that the deadline for Plaintiff and Defendants to submit the name, address and telephone number of a mediator shall be extended to and including June 5, 2009.

**So ORDERED and SIGNED this 27th day of May, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE