# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>YAHOO! INC., GOOGLE, INC., AND AOL LLC,<br><br>    Defendants. | Civil Case No. 6:08-cv-509 (LED) |

## JOINT NOTICE OF AGREED MEDIATOR

Plaintiff ALOFT MEDIA, LLC and Defendants GOOGLE INC. and YAHOO! INC. respectfully submit this Joint Notice of Agreement as to the appointment of Ms. Hesha Abrams as mediator in this case, and subject to the Court's approval, they request that she be appointed as such.

Ms. Abrams contact information is as follows:

Hesha Abrams, Esq.
Abrams Mediation and Negotiation, Inc.
hesha@abramsmediation.com
7616 Burns Run, Suite 180
Dallas, Texas 75248-2322
Tel: 972.702.9066
Fax: 972.702.0656

1

June 5, 2009                                    Respectfully submitted,


                                                */s/ Brooks Beard (by permission Otis Carroll)*
                                                Michael A. Jacobs (mjacobs@mofo.com)\
                                                (Lead Attorney)
                                                Brooks Beard (bbeard@mofo.com)
                                                MORRISON & FOERSTER LLP
                                                425 Market Street
                                                San Francisco, California 94105
                                                Tel: (415) 268-7000
                                                Fax: (415) 268-7522

                                                Otis Carroll
                                                State Bar No. 03895700
                                                Deborah Race
                                                State Bar No. 16448700
                                                IRELAND, CARROLL & KELLEY, PC
                                                6101 S. Broadway, Suite 500
                                                Tyler, Texas 75703
                                                Tel: (903) 561-1600
                                                Fax: (903) 581-1071
                                                fedserv@icklaw.com

                                                Attorneys for YAHOO! INC.

*/s/ Scott T. Weingaertner*
*(by permission Otis Carroll)*
Robert F. Perry
rperry@kslaw.com
(Lead Attorney)
Scott T. Weingaertner
sweingaertner@kslaw.com
Christopher C. Carnaval
ccarnaval@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222


Michael E. Jones
State Bar No. 10929400
Allen F. Gardner
State Bar No. 24043679
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P.O. Box 359
Tyler, Texas 75710
(903) 597-8311
(903) 593-0846 (Facsimile)
mikejones@potterminton.com
allengardner@potterminton.com

Attorneys for GOOGLE, INC.

/s/ *Eric M. Albritton*
*(with permission by Otis Carroll)*
Eric M. Albritton
ema@emafirm.com
(Lead Attorney)
Adam A Biggs
aab@emafirm.com
Charles Craig Tadlock
cct@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Tel: (903) 757-8449

Christopher Needham Cravey
ccravey@wmalaw.com
Danny Lloyd Williams
dwilliams@wmalaw.com
Matthew Richard Rodgers
mrodgers@wmalaw.com
Michael Aaron Benefield
mbenefield@wmalaw.com
Williams Morgan & Amerson PC
10333 Richmond
Suite 1100
Houston , TX 77042
Tel: (713) 934-7000
Fax: (713) 934-7011

Scott English Stevens
scott@seslawfirm.com
Kyle Joseph Nelson
kyle@seslawfirm.com
Stevens Law Firm
111 W. Tyler Street
Longview , TX 75601
Tel: (903) 753-6760
Fax: (903) 753-6761

Thomas John Ward , Jr
jw@jwfirm.com
Ward & Smith Law Firm
P O Box 1231
Longview , TX 75606-1231
Tel: (903) 757-6400
Fax: (903) 757-2323

ATTORNEYS FOR ALOFT MEDIA, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 5, 2009. Any other counsel of record will be served by U.S. first class mail on this same date.

*/s/ Otis Carroll*
Otis Carroll