IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Aloft Media, LLC | § | |
| | § | |
| v. | § | Civil Action No. 6:08-cv-509 |
| | § | |
| Yahoo! Inc., Google, Inc., and AOL LLC | § | JURY TRIAL DEMANDED |

**JOINT MOTION FOR EXTENSION OF TIME
TO FILE A PROPOSED PROTECTIVE ORDER**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW, Plaintiff ALOFT MEDIA, LLC (hereinafter referred to as "Plaintiff") and Defendants YAHOO! INC. and GOOGLE INC., (hereinafter collectively referred to as "Defendants") to file this their Joint Motion for Extension of Time to File Proposed Protective Order, and for their Motion would respectfully show to the Court the following:

The current deadline for the parties to file a proposed Order is June 10, 2009. The parties respectfully request a seven (7) day extension of time up to and including June 17, 2009, in which to file their proposed Protective Order. The additional time will increase the chances that the proposed Order will be agreed.

WHEREFORE, ABOVE PREMISES CONSIDERED, the Plaintiff and Defendants respectfully request that their Motion be granted, and that the deadline to file a proposed Protective Order be extended from June 10, 2009, to and including June 17, 2009.

1

Dated: June 11, 2009                                Respectfully submitted,

By:/s/ *Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
Allen F. Gardner
State Bar No. 24043679
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P.O. Box 359
Tyler, Texas 75710
(903) 597-8311
(903) 593-0846 (Facsimile)
mikejones@potterminton.com
allengardner@potterminton.com

Robert Perry
rperry@kslaw.com
Scott Weingaertner
sweingaertner@kslaw.com
Christopher Carnaval
ccarnaval@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
F: 212-556-2222

ATTORNEYS FOR DEFENDANT
GOOGLE INC.


By:/s/ *Michael Jacobs, with permission by Michael E. Jones*
Michael Jacobs
mjacobs@mofo.com
Brooks Beard
bbeard@mofo.com
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA 94105
Tel: 415-268-7000
Fax: 415-268-7522

Otis Carroll
Deborah Race
IRELAND, CARROLL & KELLEY, PC
6101S. Broadway, Suite 500
Tyler, Texas 75703
Tel: 903-561-1600
Fax: 903-581-1071
fedserv@icklaw.com


ATTORNEYS FOR DEFENDANT
YAHOO! INC.

*/s/ Craig Tadlock*
*(with permission by Michael E. Jones)*
Eric M. Albritton
ema@emafirm.com
Adam A. Biggs
aab@emafirm.com
Craig Tadlock
cct@emafirm.com
ALBRITTON LAW FIRM
PO Box 2649
Longview, TX 75606
111 West Tyler Street,
Longview, TX 75601

Thomas John Ward, Jr.
jw@jwfirm.com
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, TX 75606-1231
Tel: 903-757-6400
Fax: 903-757-2323

Danny L. Williams
danny@wmalaw.com
Chris Cravey
ccravey@wmalaw.com
Matthew R. Rodgers
mrodgers@wmalaw.com
Michael Benefield
mbenefield@wmalaw.com
WILLIAMS MORGAN & AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, TX 77042

Tel: 713-934-7000
Fax: 713-934-7011

Scott E. Stevens
scott@seslawfirm.com
Kyle J. Nelson
kyle@seslawfirm.com
STEVENS LAW FIRM
P.O. Box 807
Longview, TX 75606
Tel: 903-753-6760
Fax: 903-753-6761

ATTORNEYS FOR PLAINTIFF
ALOFT MEDIA, LLC

# CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 11, 2009. Any other counsel of record will be served by U.S. first class mail on this same date.

*/s/ Michael E. Jones*
Michael E. Jones