Aloft Media, LLC v. Yahoo! Inc. et al                                                                                                Doc. 68

Case 6:08-cv-00509-JDL   Document 66-2   Filed 06/11/2009   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Aloft Media, LLC | § | |
| | § | |
| v. | § | Civil Action No. 6:08-cv-509 |
| | § | |
| Yahoo! Inc., Google, Inc., and AOL LLC | § | JURY TRIAL DEMANDED |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME
TO FILE A PROPOSED PROTECTIVE ORDER**

Plaintiff ALOFT MEDIA, LLC and Defendants YAHOO! INC. and GOOGLE INC., (hereinafter collectively referred to as "Defendants") filed their Joint Motion for An Extension of Time to File A Proposed Protective Order. The Court, after review of the subject Motion and upon due consideration, it is hereby ORDERED that said Motion shall be in all things granted; and it is

FURTHER ORDERED that the deadline for Plaintiff and Defendants to file their proposed Protective Order shall be extended to and including June 17, 2009.

**So ORDERED and SIGNED this 12th day of June, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

5