## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 6:08-cv-509 |
| v. § | |
| § | |
| YAHOO!, INC., et al., § | JURY TRIAL DEMANDED |
| § | |
| Defendants. § | |

### JOINT MOTION TO SUBMIT PROTECTIVE ORDER

Pursuant to the Court's May 11, 2009 Discovery Order, Plaintiff ALOFT MEDIA, LLC ("Plaintiff") and Defendants YAHOO! INC., and GOOGLE, INC. (hereinafter collectively referred to as "Defendants") file this Joint Motion to Submit Proposed Protective Order.

Respectfully submitted,

| | |
|---|---|
| **/s/ Eric M. Albritton** | |
| Eric M. Albritton | Scott E. Stevens |
| Texas State Bar No. 00790215 | State Bar No. 00792024 |
| Craig Tadlock | Kyle J. Nelson |
| Texas State Bar No. 00791766 | State Bar No. 24056031 |
| Adam A. Biggs | STEVENS LAW FIRM |
| Texas State Bar No. 24051753 | P.O. Box 807 |
| ALBRITTON LAW FIRM | Longview, Texas 75606 |
| P.O. Box 2649 | Tel: 903-753-6760 |
| Longview, Texas 75606 | Fax: 903-753-6761 |
| (903) 757-8449 (phone) | scott@seslawfirm.com |
| (903) 758-7397 (fax) | kyle@seslawfirm.com |
| ema@emafirm.com | |
| cct@emafirm.com | |
| aab@emafirm.com | |

| | |
|---|---|
| T. John Ward, Jr.<br>Texas Bar No. 00794818<br>WARD & SMITH LAW FIRM<br>P.O. Box 1231<br>Longview, TX 75606-1231<br>Telephone: (903) 757-6400<br>Facsimile: (903) 757-2323<br>jw@jwfirm.com | Danny L. Williams<br>Texas State Bar No. 21518050<br>Chris Cravey<br>Texas State Bar no. 24034398<br>Matthew R. Rodgers<br>TX State Bar No. 24041802<br>WILLIAMS, MORGAN & AMERSON, P.C.<br>10333 Richmond, Suite 1100<br>Houston, Texas 77042<br>Telephone: (713) 934-4060<br>Facsimile: (713) 934-7011<br>danny@wmalaw.com<br>cravey@wmalaw.com<br>mrodgers@wmalaw.com |
| Jason A. Holt<br>Texas State Bar No. 24041122<br>Matthew M. Hill<br>Texas State Bar No. 24041101<br>HILL & HOLT, P.L.L.C.<br>P.O. Box 6945<br>Longview, TX 75608<br>(903) 230-7914 (phone)<br>(903) 269-1381 (fax)<br>jholt@hillandholt.com<br>mhill@hillandholt.com | ***ATTORNEYS FOR PLAINTIFF ALOFT MEDIA, LLC*** |

| | |
|---|---|
| **/s/ Patrick J. Zhang**<br>Michael A. Jacobs<br>mjacobs@mofo.com<br>Brooks M. Beard<br>bbeard@mofo.com<br>Patrick J. Zhang<br>pzhang@mofo.com<br>Morrison & Foerster LLP<br>425 Market Street, 32nd Floor<br>San Francisco, CA 94105-2482<br>(T) (415) 268-7000<br>(F) (415) 268-7522<br><br>***ATTORNEYS FOR YAHOO! INC.*** | **/s/ Christopher C. Carnaval**<br>Scott T. Weingaertner<br>sweingaertner@kslaw.com<br>Robert F. Perry<br>rperry@kslaw.com<br>Christopher C. Carnaval<br>ccarnaval@kslaw.com<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036-4003<br>Telephone: (212) 556-2100<br>Facsimile: (212) 556-2222<br><br>***ATTORNEYS FOR GOOGLE, INC.*** |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel, who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 17th day of June, 2009.

Eric M. Albritton