# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# TYLER DIVISION

| | | |
|---|---|---|
| **ALOFT MEDIA, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 6:08-CV-509-JDL |
| v. | § | |
| | § | |
| YAHOO!, INC., et al., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

## NOTICE OF CHANGE OF CONTACT INFORMATION

PLEASE TAKE NOTICE that the contact information of Craig Tadlock, counsel for Plaintiff, Aloft Media, LLC, has been changed to:

Craig Tadlock
Texas State Bar No. 00791766
TADLOCK LAW FIRM
311 Touchdown Drive
Irving, Texas 75063
Telephone: (214) 663-4900
craig@tadlocklawfirm.com

Respectfully submitted,

_____
Craig Tadlock
Texas State Bar No. 00791766
TADLOCK LAW FIRM
311 Touchdown Drive
Irving, Texas 75063
Telephone: (214) 663-4900
craig@tadlocklawfirm.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 22nd day of June, 2009.

_____
Craig Tadlock