## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## TYLER DIVISION

| ALOFT MEDIA, LLC, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 6:08-CV-509-JDL |
| v. | § | |
| | § | |
| YAHOO!, INC., et al., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

### PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW
### CRAIG TADLOCK AS OF COUNSEL OF RECORD

Aloft Media, LLC ("Aloft"), plaintiff in the above-entitled and numbered civil action, moves to withdraw Craig Tadlock as counsel of record and to terminate ecf/cm notices to him concerning this civil action.

Respectfully submitted,

/s/ Eric M. Albritton

Eric M. Albritton
Texas State Bar No. 00790215
Adam A. Biggs
Texas State Bar No. 24051753
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
ema@emafirm.com
aab@emafirm.com

T. John Ward, Jr.
Texas State Bar No. 00794818
Ward & Smith Law Firm
P.O. Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
jw@jwfirm.com

Danny L. Williams
Texas State Bar No. 21518050
Chris Cravey
Texas State Bar No. 24034398
Matthew R. Rodgers
Texas Bar No. 24041804
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-4060
Facsimile: (713) 934-7011
danny@wmalaw.com
cravey@wmalaw.com
mrodgers@wmalaw.com

Scott Stevens
State Bar No. 00792024
Kyle J. Nelson
State Bar No. 24056031
STEVENS LAW FIRM
P.O. Box 807
Longview, Texas  75606
Tel: 903-753-6760
Fax: 903-753-6761
scott@seslawfirm.com
kyle@seslawfirm.com

>Jason A. Holt
>Texas State Bar No. 24041122
>Matthew M. Hill
>Texas State Bar No. 24041101
>HILL & HOLT, P.L.L.C.
>P.O. Box 6945
>Longview, TX 75608
>(903) 230-7914 (phone)
>(903) 269-1381 (fax)
>jholt@hillandholt.com
>mhill@hillandholt.com
>
>***ATTORNEYS FOR PLAINTIFF***
>***ALOFT MEDIA, LLC***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel, who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 26th day of June, 2009.

_____
Eric M. Albritton