# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 6:08-CV-509-JDL |
| v. § | |
| § | |
| YAHOO!, INC., et al., § | JURY TRIAL DEMANDED |
| § | |
| Defendants. § | |

## ORDER

Plaintiff's Motion to Withdraw Craig Tadlock as Counsel of Record shall be, and is hereby GRANTED.

**So ORDERED and SIGNED this 30th day of June, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE