# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 6:08-CV-509-JDL |
| v. § | |
| § | |
| YAHOO!, INC., GOOGLE, INC. and § | JURY TRIAL DEMANDED |
| AOL LLC § | |
| § | |
| Defendant. § | |

## NOTICE OF APPEARANCE

Aloft Media, LLC, plaintiff in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

Debra Coleman
Texas State Bar No. 24059595
Coleman & Coleman, P.C.
P.O. Box 4052
Longview, Texas 75606
Telephone: (903) 212-1955
Telecopier: (512) 233-5832
deb@coleman-coleman.com

                                    Respectfully submitted,

                                    _____

                                    Debra Coleman
                                    Texas State Bar No. 24059595
                                    Coleman & Coleman, P.C.
                                    P.O. Box 4052
                                    Longview, Texas 75606
                                    Telephone: (903) 212-1955
                                    Telecopier: (512) 233-5832
                                    deb@coleman-coleman.com

                                    *Counsel for Aloft Media, LLC*

1

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 10th day of July, 2009.

_____
Debra Coleman