# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ALOFT MEDIA, LLC,** | |
| Plaintiff, | |
| v. | **Civil Action No. 6:08-cv-509** |
| **YAHOO!, INC., GOOGLE, INC. and AOL LLC,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

## NOTICE OF DISCLOSURE

Aloft Media, LLC, plaintiff in the above-entitled and numbered civil action, certifies that on June 15, 2009, it complied with P.R. 3-1 and P.R. 3-2 and the Docket Control Order in this case.

Dated: July 16, 2009

Respectfully submitted,

/s/ Jaison C. John
Eric M. Albritton
Texas Bar No. 00790215
Adam A. Biggs
Texas Bar No. 24051753
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397
ema@emafirm.com
aab@emafirm.com

Thomas John Ward, Jr.
Texas Bar No. 00794818
WARD & SMITH LAW FIRM
P O Box 1231
Longview, TX 75606-1231
Telephone: (903) 757-6400

Facsimile: (903) 757-2323
jw@jwfirm.com

Danny L. Williams
Texas Bar No. 24041802
Jaison C. John
Texas Bar No. 24002351
Christopher N. Cravey
Texas Bar No. 24034398
Matthew R. Rodgers
Texas Bar No. 24041802
WILLIAMS, MORGAN &
AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713)934-4060
Facsimile: (713) 934-7011
danny@wmalaw.com
jjohn@wmalaw.com
ccravey@wmalaw.com
mrodgers@wmalaw.com

ATTORNEYS FOR PLAINTIFF ALOFT
MEDIA, LLC

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 16, 2009. Any other counsel of record will be served by U.S. first class mail on this same date

/s/ Connie Kuykendall