# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### MISC. NO. 906 – IN RE YAHOO! INC

**Date of docketing**: 07/17/2009

A petition for writ of mandamus has been filed.

**Name of petitioner(s)**: Google, Inc. and Yahoo! Inc.

**Name of respondent(s)**, if known:

**Related action**: Eastern District of Texas 6:08-CV-509

**Critical dates include:**
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
    **Note:** Facsimile transmission is permitted (Fed. Cir. R. 25, Practice Note): (202) 633-9623.

**Attachments:**
- Official caption to all.
- Entry of appearance form to all.

Jan Horbaly
Clerk

cc: Eastern District of Texas
   Michael A. Jacobs
   Paul D. Clement

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

Miscellaneous Docket No. 906

IN RE YAHOO! INC. and GOOGLE INC.,

Petitioners.

On Petition for Writ of Mandamus to the United States Court of Appeals for the Eastern District of Texas in case no. 6:08-CV-509, Judge John D. Love.

Authorized Abbreviated Caption[2]

IN RE YAHOO! INC MISC. NO. 906

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.