# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Revised: July 22, 2009

Official Caption[1]



Miscellaneous Docket No. 906

IN RE YAHOO! INC. and GOOGLE INC.,

Petitioners.

On Petition for Writ of Mandamus from the United States District Court for the Eastern District of Texas in case no. 6:08-CV-509, Judge John D. Love.

Authorized Abbreviated Caption[2]

IN RE YAHOO! INC MISC. NO. 906

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

CLERK'S OFFICE COPY

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 906

IN RE YAHOO! INC. and GOOGLE INC.,

Petitioners.

On Petition for Writ of Mandamus from the United States District Court for the Eastern District of Texas in case no. 6:08-CV-509, Judge John D. Love.

ON PETITION FOR WRIT OF MANDAMUS

Before MAYER, Circuit Judge.

## ORDER

Yahoo! Inc. and Google Inc. submit a petition for a writ of mandamus directing the United States District Court for the Eastern District of Texas to vacate its June 10, 2009 order denying a transfer of venue and directing the district court to transfer this case to the United States District Court for the Northern District of California.

Upon consideration thereof,

IT IS ORDERED THAT:

Aloft Media LLC is directed to respond to the mandamus petition within 14 days of the date of filing of this order.

FOR THE COURT

JUL 22 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael A. Jacobs, Esq.
Paul D. Clement, Esq.
Eric M. Albritton, Esq.
Judge, USDC E.D. Tex.
Clerk, USDC E.D. Tex.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 22 2009

JAN HORBALY
CLERK