IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Aloft Media, LLC | § | |
| | § | |
| v. | § | Civil Action No. 6:08-cv-509 |
| | § | |
| Yahoo! Inc., Google, Inc., and AOL LLC | § | JURY TRIAL DEMANDED |

## DEFENDANT GOOLE INC.'S NOTICE OF COMPLIANCE REGARDING INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Local Rule CV-26, and this Court's Discovery Order issued on May 11, 2009 (Dkt. 56), Defendant Google Inc. hereby notifies the Court that it served its Initial Disclosure Statement upon all counsel of record via electronic mail on August 14, 2009.

Dated: August 17, 2009        Respectfully submitted,

By:/*s/ Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
Allen F. Gardner
State Bar No. 24043679
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P.O. Box 359
Tyler, Texas 75710
(903) 597-8311
(903) 593-0846 (Facsimile)
mikejones@potterminton.com
allengardner@potterminton.com

Robert Perry
rperry@kslaw.com
Scott Weingaertner
sweingaertner@kslaw.com
Christopher Carnaval

{A07\7713\0008\W0401507.1 }

ccarnaval@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
F: 212-556-2222

ATTORNEYS FOR DEFENDANT
GOOGLE INC.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 17, 2009. Any other counsel of record will be served by U.S. first class mail on this same date.

*/s/ Michael E. Jones*
Michael E. Jones