IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 6:08-CV-509-JDL |
| v. | § | |
| | § | |
| YAHOO! INC., *et al.*, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

# ORDER

Plaintiff's Motion to Voluntarily Dismiss Complaint Against Google Inc. With Prejudice shall be, and is hereby GRANTED.  It is ORDERED that this civil action is hereby DISMISSED WITH PREJUDICE to refiling.

So ORDERED and SIGNED this 17th day of August, 2009.

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE