Aloft Media, LLC v. Yahoo! Inc. et al     Doc. 86

CLERK'S OFFICE COPY

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 906

IN RE YAHOO! INC. and GOOGLE, INC.,

Petitioners.

FILED U.S. DISTRICT COURT EASTERN DISTRICT OF TEXAS SEP 03 2009 BY DAVID J. MALAND, CLERK DEPUTY

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 6:08-CV-509, Judge John Love.

ON PETITION FOR WRIT OF MANDAMUS

Before SCHALL, PROST, and MOORE, Circuit Judges.

PROST, Circuit Judge.

### ORDER

Google, Inc. moves without opposition to withdraw its petition for a writ of mandamus and to vacate the July 10, 2009 order of the United States District Court for the Eastern District of Texas denying petitioners' motion to transfer venue. Google also indicates that Yahoo! Inc. is no longer participating in the case due to settlement.

Although we grant the motion to withdraw the petition for a writ of mandamus, we deem the better course is to require that the parties first move in the district court if they seek vacatur of the district court's order. See U.S. Bancorp Mortgage Co. v. Bonner Mall P'ship, 513 U.S. 18, 29 (1994) (mootness by reason of settlement does not necessarily justify vacatur of a judgment under review; court of appeals may instead require that the matter be presented to the district court for consideration).

Accordingly,

IT IS ORDERED THAT:

(1) The motion to withdraw the petition is granted.

(2) The motion to vacate the district court's order regarding transfer is denied without prejudice to the parties requesting such relief from the district court.

FOR THE COURT

SEP - 1 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael A. Jacobs, Esq.
Paul D. Clement, Esq.
Eric M. Albritton, Esq.
Judge, USDC E.D. Tex.
Clerk, USDC E.D. Tex.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP - 1 2009

JAN HORBALY
CLERK

**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**
**HOWARD T. MARKEY NATIONAL COURTS BUILDING**
**717 MADISON PLACE, N.W.**
**WASHINGTON, DC 20439**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

7570287212 0015



US OFFICIAL MAIL
$300 Penalty
For Private Use

016H2660139I
$00.440
Mailed From 20439
09/01/2009
Hasler
US POSTAGE

U.S. District Court
Eastern District of Texas
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702