## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **ALOFT MEDIA, LLC.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION No. 6:08cv509-JDL |
| | § | |
| **YAHOO! INC.,** *et al.,* | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Orders dismissing the claims of all parties signed April 6, 2009 (Order No. 37), August 13, 2009 (Doc. No. 82), and August 17, 2009 (Doc. No. 85), the Court hereby enters Final Judgment.

It is therefore **ORDERED, ADJUDGED and DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED, ADJUDGED and DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 18th day of September, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

1